# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee ▼

| | |
|---|---|
| TAURIS L. SLEDGE <br> *Plaintiff(s)* <br> v. <br> HAMILTON COUNTY GOVERNMENT, HAMILTON COUNTY BOARD OF EDUCATION d/b/a HAMILTON COUNTY SCHOOLS, HAMILTON COUNTY SHERIFF'S DEPARTMENT, HAMILTON COUNTY SHERIFF AUSTIN GARRETT, TYLER McRAE <br> *Defendant(s)* | Civil Action No. 1:23-cv-214 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HAMILTON COUNTY BOARD OF EDUCATION
d/b/a HAMILTON COUNTY SCHOOLS,
a public entity.
3704 Hickory Valley Road
Chattanooga, TN 37421

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROGER D. LAYNE
DAVIS, KESSLER & DAVIS
433 CHEROKEE BLVD.
CHATTANOOGA, TN 37405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/22/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any)
was received by me on (date) 11-21-23

☐ I personally served the summons on the individual at (place)
          on (date)    ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)
    , a person of suitable age and discretion who resides there,
on (date)     , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Savnya Goss, Director, who is designated by law to accept service of process on behalf of (name of organization) Hamilton County Board of Education on (date) 11-21-23 ; or

☐ I returned the summons unexecuted because    ; or

☐ Other (specify):

My fees are $    for travel and $    for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11-21-23

*Marc Lawner*
*Server's signature*

Marc LAWrence, Private Server
*Printed name and title*

516 Chestnut St, 37402
*Server's address*

Additional information regarding attempted service, etc: