# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| TAURIS L. SLEDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HAMILTON COUNTY GOVERNMENT, ) | |
| a public entity, ) | |
| 625 Georgia Avenue ) | |
| Chattanooga, Tennessee 37402; ) | Case No. <u>1:23-cv-214</u> |
| ) | Jury Demand |
| HAMILTON COUNTY BOARD OF ) | |
| EDUCATION d/b/a HAMILTON ) | |
| COUNTY SCHOOLS, ) | |
| a public entity, ) | |
| 3074 Hickory Valley Road ) | |
| Chattanooga, Tennessee 37421; ) | |
| ) | |
| HAMILTON COUNTY SHERIFF'S ) | |
| DEPARTMENT, ) | |
| a public entity, ) | |
| 600 Market Street ) | |
| Chattanooga, Tennessee 37402; ) | |
| ) | |
| HAMILTON COUNTY SHERIFF ) | |
| AUSTIN GARRETT, ) | |
| in his official and individual capacities; ) | |
| ) | |
| And ) | |
| ) | |
| TYLER MCRAE ) | |
| in his official and individual capacities; ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF HAMILTON COUNTY BOARD OF EDUCATION D/B/A HAMILTON COUNTY SCHOOLS ONLY

1

Case 1:23-cv-00214-TAV-CHS   Document 14   Filed 12/01/23   Page 1 of 2   PageID #: 67

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby files this notice of voluntary dismissal of Defendant Hamilton County Board of Education d/b/a Hamilton County Schools.  This action which is taken without prejudice.

> Respectfully submitted,
>
> s/ Roger D. Layne
> Roger D. Layne (B.P.R. # 33873)
> Davis, Kessler & Davis
> 433 Cherokee Blvd.
> Chattanooga, TN 37405
> (423) 267-7000
> *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that I have this date deposited a true and exact copy of the above and foregoing ***NOTICE OF VOLUNTARY DISMISSAL*** on the Court's ECF system, and I will transmit a true copy to counsel of record as follows:

> D. Scott Bennett, Esq.
> Bennett & DeCamp, PLLC
> 735 Broad Street, Suite 214
> Chattanooga, TN 37402
> Telephone: 423.498.3789
> E-mail: dsb@bennettdecamp.com

**SO CERTIFIED this 29th** day of **November 2023.**

> **s/ *Roger D. Layne***
> **Roger D. Layne**