UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TAURIS LEBRON SLEDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 1:23-cv-00214-TAV-CHS |
| | ) | |
| HAMILTON COUNTY GOVERNMENT, | ) | |
| HAMILTON COUNTY SHERIFF'S | ) | |
| DEPARTMENT, | ) | |
| SHERIFF AUSTIN GARRETT, Hamilton | ) | |
| County Sherriff, in his official capacity, | ) | |
| SHERIFF AUSTIN GARRETT, Hamilton | ) | |
| County Sherriff, in his individual capacity, | ) | |
| TYLER MCRAE, | ) | |
| in his official capacity, and | ) | |
| TYLER MCRAE, | ) | |
| in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the parties' Joint Motion to Stay Proceedings [Doc. 16], wherein they request that this civil matter be stayed pending the resolution of plaintiff's underlying state criminal case.

District courts have broad discretion to stay a civil action due to a pending, related criminal indictment or investigation. *See United States v. Kordel*, 397 U.S. 1, 12 n.27 (1970); *see also Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket."). Stays are generally granted under these circumstances out of concern that the civil proceeding, if not delayed, "might undermine the party's Fifth Amendment privilege against

self-incrimination, expand rights of criminal discovery beyond the limits of Federal Rule of Criminal Procedure 16(b), expose the basis of the defense to the prosecution in advance of criminal trial, or otherwise prejudice the case." *Sec. & Exch. Comm'n v. Dresser Indus., Inc.*, 628 F.2d 1368, 1376 (D.C. Cir. 1980).

In the interest of judicial efficiency, as well as to protect plaintiff's Fifth Amendment rights, the joint motion [Doc. 16] is **GRANTED**, and this matter is hereby **STAYED**. The parties are **ORDERED** to file a joint status report specifically detailing the status of the related criminal case and whether the stay should remain in effect every **ninety (90) days**. When the criminal matter is resolved, the parties are **ORDERED** to notify the Court within **ten (10) days** of such resolution, at which time the Court will lift the stay.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>
UNITED STATES DISTRICT JUDGE