# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| TAURIS L. SLEDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HAMILTON COUNTY GOVERNMENT, | ) |
| a public entity, | ) |
| 625 Georgia Avenue | ) |
| Chattanooga, Tennessee 37402; | )     Case No. 1:23-cv-214 |
| | )     Jury Demand |
| HAMILTON COUNTY BOARD OF | ) |
| EDUCATION d/b/a HAMILTON | ) |
| COUNTY SCHOOLS, | ) |
| a public entity, | ) |
| 3074 Hickory Valley Road | ) |
| Chattanooga, Tennessee 37421; | ) |
| | ) |
| HAMILTON COUNTY SHERIFF'S | ) |
| DEPARTMENT, | ) |
| a public entity, | ) |
| 600 Market Street | ) |
| Chattanooga, Tennessee 37402; | ) |
| | ) |
| HAMILTON COUNTY SHERIFF | ) |
| AUSTIN GARRETT, | ) |
| in his official and individual capacities; | ) |
| | ) |
| And | ) |
| | ) |
| TYLER MCRAE | ) |
| in his official and individual capacities; | ) |
| | ) |
| Defendants. | ) |

# JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, the parties to the cause of action and requests this matter be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41 (a) (A) (ii).

Respectfully submitted,

s/Robert Floyd Davis
Robert Floyd Davis #030129
*Attorney for Plaintiff*
Davis, Kessler & Davis
433 Cherokee Blvd.
Chattanooga, TN 37405
robert@daviskessler.com
(P) 423-267-7000
(F) 423-717-5488


s/Azarius Yanez
Janie Parks Varnell, BPR #031256
*Hamilton county attorney*
Timothy Clark, BPR #031074
*Deputy Hamilton County Attorney*
Azarius "Zack" Yanez, BPR #036266
*Assistant Hamilton County Attorney*
625 Georgia Ave, Suite 204
Chattanooga, TN 37402
(423) 209-6150
janiev@hamiltontn.gov
timothyc@hamiltontn.gov
ayanez@hamiltontn.gov
**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the Court's ECF system, which sent notification of such filing to all counsel of record.

SO CERTIFIED this the 9th day of October, 2025.

s/Robert Floyd Davis  
Robert Floyd Davis (B.P.R. # 030129)